UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY PAUL GIBLIN,<br><br>               Plaintiff,<br><br>   v.<br><br>ZACHARY BLOOMFIELD, *et al.*<br><br>               Defendants. | CASE NO. 3:19-CV-05480-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     This case is **DISMISSED** without prejudice; and

(3)     The Clerk shall enter **JUDGMENT** and close this case.

Dated this 18th day of August, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1